Form 12

10113

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs. Denise Redente**                                   Docket No. 3:03CR00198(RNC)

### PETITION ON PROBATION AND SUPERVISED RELEASE

   COMES NOW Deborah Palmieri, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Denise Redente who was sentenced to two years probation for a violation of 21 U.S.C. § 841(a)(1), Possession With Intent to Distribute Less Than Five Grams of Heroin, by the Honorable Robert N. Chatigny sitting in the court at Hartford on December 29, 2004 who fixed the period of probation at two (2) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed the following special condition: The defendant shall participate in a program approved by the Probation Office for inpatient or outpatient substance abuse treatment and testing. The defendant shall pay all, or a portion of the costs associated with treatment, based on the defendant's ability to pay as determined by the Probation Office.

   **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of probation:

**Charge No. 1 - Condition Violated**

Standard Condition - "You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician."

Between March 16, 2005 and September 8, 2005, Ms. Redente has tested positive for cocaine on eight occasions.

   PRAYING THAT THE COURT WILL ORDER that this petition will serve as a summons directing Denise Redente to appear before this court at Hartford, Connecticut on October 14, at 2pm, 2005 to show cause why probation should not be revoked.

**ORDER OF COURT**

Considered and ordered this 23rd day of September, 2005 and ordered filed and a part of the record

The Honorable Robert N. Chatigny
Chief United States District Judge

Sworn to By

_Deborah S. Palmieri_
Deborah S. Palmieri
Senior United States Probation Officer

Place: New Haven, CT
Date: 9-23-05

Before me, the Honorable Robert N. Chatigny, Chief United States District Judge, on this 27th day of September 2005 at Hartford, Connecticut, Senior U.S. Probation Officer Deborah Palmieri appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Robert N. Chatigny
Chief United States District Judge