UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA  :

V.  :  Dkt. No: 3:03CR00198(RNC)

Denise Redente  :

## ORDER CONTINUING ON PROBATION

The Probationer was brought before the Court on October 11, 2005, for alleged violations of probation set forth in the Probation Form 12 filed with this Court on September 23, 2005 and was represented by court appointed counsel David Phillip Russell and given the opportunity to be heard.

The Court found that Ms. Redente had violated the conditions of probation as cited in the Probation Form 12. This finding was based on her admission at the hearing that she had violated the cited condition. The hearing was continued to allow Ms. Redente to opportunity to secure an apartment, continue employment and attend substance abuse treatment.

Having satisfied the Court's requirements, the Court continues Ms. Redente on probation with the original conditions of probation remaining in effect.

So Ordered this 13 day of December 2006, at Hartford, Connecticut.

The Honorable Robert N. Chatigny
Chief U.S. District Judge